UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITALIAN DIPLOMATIC ACADEMY,<br><br>                                Petitioner,<br><br>-against-<br><br>INTERNATIONAL MODEL UNITED NATIONS ASSOCIATION INCORPORATED,<br><br>                                Respondent. | Case No.: 1:25-cv-00746<br><br><br>Hon. Paul A. Engelmayer, U.S.D.J. |

### RESPONDENT INTERNATIONAL MODEL UNITED NATIONS ASSOCIATION INCORPORATED'S NOTICE OF MOTION TO DISMISS PETITION OF PETITIONER ITALIAN DIPLOMATIC ACADEMY

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 12 (b)(6), 41(b) and the Federal Arbitration Act, 9 U.S.C. § 12, respondent International Model United Nations Association Incorporated, upon the Declaration of Chris M. LaRocco, Esq., dated July 1, 2025, its accompanying Memorandum of Law and all prior pleadings and proceedings herein, moves this Court before the Honorable Paul A. Engelmayer for an order dismissing the Verified Petition to Vacate Arbitration Award filed by petitioner Italian Diplomatic Academy (ECF No. 1) in its entirety, with prejudice, and for such further relief as the Court may deem just and proper.

Dated: New York, New York
         July 1, 2025

Petitioner's opposition is to be filed no later than July 15, 2025.  Any reply is due July 22, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
Date: July 1, 2025

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   */s/ Chris M. LaRocco*
      Chris M. LaRocco
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
chris.larocco@bclplaw.com

*Attorneys for Respondent
International Model United
Nations Association Incorporated*