**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ITALIAN DIPLOMATIC ACADEMY,

                    Petitioner,

   -against-                                      25 **CIVIL** 0746 (PAE)

## JUDGMENT

INTERNATIONAL MODEL UNITED NATIONS
ASSOCIATION, INC.,

                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 8, 2025, Respondent's motion to dismiss is granted. Aaccordingly, the case is closed.

**Dated:** New York, New York

      August 11, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                 **BY:**

                                                             **Deputy Clerk**